**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 96-11181
Summary Calendar

CSORBA V. VARO, INC.,

Plaintiff-Appellant,

VERSUS

VARO, INC.,

Defendant-Appellee.

Appeal from the United States District Court
For the Northern District of Texas

(3:94-CV-1250-T)

April 18, 1997

Before WISDOM, JOLLY, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Illes P. Csorba appeals the district court's order granting the defendant Varo's motion for summary judgment. We have reviewed the record and the briefs of the parties and find that there is no genuine issue as to any material fact and that Varo is entitled to judgment as a matter of law. Accordingly, the district court is

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.